UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOSEPH GARCIA,                            :

                Plaintiff,        :

         -against-                            :

CITY OF NEW YORK, ET AL.,                 :

               Defendants.       :
------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/09
```

**ORDER**
09 Civ. 5662 (RMB)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that: (1) the Warden, or other official in charge of the Otis Bantum Correctional Center, shall provide inmate Joseph Garcia, Book & Case # 349-09-00556, a private room, with telephone service, so that he may participate in a telephonic conference call with the Court and counsel to the defendants at 12:00 p.m., on February 2, 2010; (2) plaintiff Joseph Garcia shall appear in a private room, designated by the Warden, or other official in charge of the Otis Bantum Correctional Center, to participate in said telephonic conference; and (3) Assistant Corporation Counsel Matthew Charles Weir is directed to serve a copy of this Order on the Warden, or other official in charge of the Otis Bantum Correctional Center, expeditiously.

Dated: New York, New York
       December 21, 2009

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:
Joseph Garcia
Matthew Charles Weir, Esq.